**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ASHLEY BROOKE NEESE**, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Case No.: 1:19-cv-01098-RC <br> ) |
| **UNITED STATES DEPARTMENT OF JUSTICE**, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**RESPONSE TO COURT'S ORDER OF JUNE 4, 2019 AND
REQUEST TO WITHDRAW PLAINTIFF'S DEFAULT MOTION**

Plaintiff Ashley Neese ("Neese"), by and through undersigned counsel, files this response to the Court's Minute Order of June 4, 2018 which Order required Plaintiff to advise by June 18, 2019, whether Plaintiff has complied with all aspects of Fed. R. Civ. P. Rule 4(i).

Plaintiff advises the Court that the United States Attorney for the District of Columbia and the United States Attorney General were served in the above captioned case by process server on June 6, 2019. *See* Dkt. No. 8 and 9. Thus, Plaintiff respectfully submits that she has now complied with all appropriate aspects of Rule 4.

Plaintiff also advises that out of an abundance of caution, (belt <u>and</u> suspenders), the United States Attorney for the District of Columbia and the United States Attorney General were also served in the above captioned case by certified mail. The process was mailed on June 6, 2019. To date, the return receipt for the United States Attorney has been received.

The service on June 6, 2019, was in addition to service on the Department of Justice on May 2, 2019. *See* Dkt. No. 3.

In light of the additional service that was made on the Government and the Court's Minute Order, Plaintiff respectfully requests that its Declaration and Motion and Memorandum for default judgment be withdrawn as premature and moot for the time being.

Thus, Plaintiff requests permission to withdraw its Affidavit and Motion for Default Judgment against Defendant, United States Department of Justice ("DOJ") (ECF Dkt. No. 4 and 5) as premature.

Date:  June 11, 2019                                      Respectfully submitted,

                                                          */s/ David G. Barger*
                                                          David G. Barger
                                                          DC Bar No. 469095
                                                          Greenberg Traurig, LLP
                                                          1750 Tysons Boulevard, Suite 1000
                                                          McLean, Virginia 22102
                                                          Tel: (703) 749-1307
                                                          Fax: (703) 749-1301
                                                          bargerd@gtlaw.com

                                                          *Counsel for Plaintiff Ashley Brooke Neese*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June 2019, I electronically filed a Response to Court's Order of June 4, 2019 and Request to Withdraw Plaintiff's Default Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                    */s/ David G. Barger*
                                                    David G. Barger
                                                    DC Bar No. 469095
                                                    Greenberg Traurig, LLP
                                                    1750 Tysons Boulevard, Suite 1000
                                                    McLean, Virginia 22102
                                                    Tel: (703) 749-1307
                                                    Fax: (703) 749-1301
                                                    bargerd@gtlaw.com

                                                  *Counsel for Plaintiff Ashley Brooke Neese*